UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSH FOREMAN,

       Plaintiff,

v.

BEST WESTERN
INTERNATIONAL, INC.,

       Defendant.

Case No.
Hon.

---

| | |
|---|---|
| William R. Frush (P87016) | Gouri G. Sashital (P64628) |
| F&S LAW, PLLC | OGLETREE, DEAKINS, NASH, SMOAK |
| *Attorney for Plaintiff* | & STEWART, PLLC |
| 77 Monroe Center St., NW | *Attorneys for Defendant* |
| Suite 600 | 34977 Woodward Avenue, Suite 300 |
| Grand Rapids, MI 49503 | Birmingham, MI 48009 |
| (248) 675-9192 | (248)-593-6400 |
| wfrush@fslawpllc.com | gouri.sashital@ogletree.com |

---

## NOTICE OF REMOVAL

Defendant, BEST WESTERN INTERNATIONAL, INC. ("Defendant"), by and through its undersigned counsel, Ogletree Deakins Nash Smoak & Stewart, PLLC, files its Notice of Removal from the Circuit Court for Wayne County, State of Michigan, in which this case is currently pending, to the United States District Court for the Eastern District of Michigan, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. In support thereof, and for the purposes of removal only, Defendant states as follows:

**TIMELY REMOVAL**

1.      On January 9, 2026, Plaintiff filed the current action in the Circuit Court for the County of Wayne, State of Michigan, entitled *Josh Foreman v. Best Western International, Inc.*, which was assigned Case Number 26-000437-CZ (hereafter, the "State Court Action").

2.      Plaintiff subsequently filed a First Amended Complaint in the State Court Action on January 20, 2026.

3.      Defendant's registered agent was served via hand delivery with a copy of the Summons and First Amended Complaint on January 23, 2026.  Pursuant to 28 U.S.C. §1446(a), a copy of the Register of Actions in the State Court Action, and true and correct copies of the Summons and First Amended Complaint that were received by Defendant's registered agent are attached as Exhibit A.

4.      The Summons and First Amended Complaint constitute the only process, pleadings, or orders that have been filed in the State Court Action to date.

**FEDERAL QUESTION JURISDICTION**

5.      This action is properly removable under 28 U.S.C. § 1441(a) because this Court has original jurisdiction in this case under 28 U.S.C. § 1331, which provides that the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States" and 28 U.S.C. § 1337, which provides that the "district courts shall have original jurisdiction of any

2

civil action or proceeding arising under any Act of Congress regulating commerce…".

6.      Plaintiff's First Amended Complaint alleges a violation of MCL § 37.1101 *et seq.*, the Michigan's Persons with Disabilities Civil Rights Act ("PWDCRA") (Count I), and 42 U.S.C. § 12181 *et seq.*, Title III of the Americans with Disabilities Act ("ADA") (Count II), and as such, establishes federal question jurisdiction.

## DEFENDANT HAS MET THE PROCEDURAL REQUIREMENTS FOR REMOVAL

7.      A true and correct copy of the Summons and First Amended Complaint filed in the Circuit Court for Wayne County, State of Michigan, is attached to this Notice of Removal as Exhibit A.

8.      The Circuit Court for Wayne County, State of Michigan, in which this action was initially commenced, is within this Court's jurisdiction and division.

9.      Notice of the removal of this action is being filed with the Wayne County Circuit Court and served on opposing counsel, concurrent with the filing of this Notice with this Court.  A copy of that Notice (without the exhibits referenced therein) is attached as Exhibit B.

10.     Removal is timely, pursuant to 28 U.S.C. § 1446(b)(1), if it is filed within 30 days of receipt of a copy of the initial pleading.  Defendant is timely filing

this removal within 30 days of January 23, 2026, which is the date it was served with the Summons and First Amended Complaint.

11.   Defendant preserves all other bases for removal of this action to this Court.

12.   Because the Court has original jurisdiction over this matter, pursuant to 28 U.S.C. § 1331, 1337 and 1446, and because all other prerequisites for removal of this case to the Federal Court have been fulfilled, this matter may be removed to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1441.

13.   The Court has Supplemental Jurisdiction over the state court counts pursuant to 28 U.S.C. § 1367(a), as such claims are so related to Plaintiff's federal claims that they form part of the same case and controversy.   In this respect, Plaintiff's state and federal claims are nearly identical and rely on the same evidence and proofs.

WHEREFORE, Defendant, Best Western International, Inc., removes this action to the United States District Court for the Eastern District of Michigan.

5

Respectfully submitted,

s/ Gouri G. Sashital
Gouri G. Sashital (P64628)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, PLLC
*Attorneys for Defendant*
34977 Woodward Avenue, Suite 300
Birmingham, MI  48009
248-593-6400
gouri.sashital@ogletree.com

Dated: February 13, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I electronically filed the foregoing Notice of Removal with the Clerk of the Court through the Court's ECF system and that a copy of same was also served on Plaintiff's counsel, Wiliam R. Frush, by e-mail and first-class mail this same date addressed to him at:

> William R. Frush
> F&S Law, PLLC
> 77 Monroe Center St., NW
> Suite 600
> Grand Rapids, MI 49503
> wfrush@fslawpllc.com

> s/ Gouri G. Sashital
> Gouri G. Sashital (P64628)
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC
> *Attorneys for Defendant*
> 34977 Woodward Avenue, Suite 300
> Birmingham, MI 48009
> 248-593-6400
> gouri.sashital@ogletree.com

47506074.1